# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134237

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

             SC: 134237
             COA: 275756
             Calhoun CC: 2004-001982-FH

VICKIE MARIE HAYMER,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the April 27, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2007          _____

d1219                Clerk